UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCHELL SPROESSIG,

    Plaintiff,

v.

    Case No. 1:19-cv-00693
    Honorable Jane M. Beckering

KEITH PAPENDICK, M.D.,

    Defendant.
_____/

PLAINTIFF'S EXHIBITS
SUPPORTING HIS REPLY ARGUMENT

INDEX

| | |
|---|---|
| Exhibit-A | Dr. Sudhir Evaluation of an Enlarged Hernia |
| Exhibit-B | McCool Evaluation of an Enlarged Hernia |
| Exhibit-C | Defendant Papendick's Denial of Surgery |
| Exhibit-D | Papendick's Answer to Interrogatory on the Lack of Knowledge of an Enlarge Hernia |