## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: LCF**
**COMPLETED BY: Connie McCool**        (01/24/2019 1:33 PM) 01/29/2019 10:45 AM

01/24/2019  04/09/2019  Zantac Maximum Strength 150 mg tablet take one tablet twice a day as needed
**Site Medical Provider:** Bhamini Sudhir MD        01/24/2019

---

(For UM use only)

**Criteria Source: M & R        Interqual        Other**
**Criteria met: Yes        No X        Deferred**

**Reviewer comments:**
ATP: Medical necessity not demonstrated at this time.  Spontaneous reduction is not criteria for hernia consult or repair.

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD/LM, RN-**\*This is the reviewing physician ONLY, specialists should not be contacting them directly. Any further communication, documents, or questions should be directed to the Site Medical Provider listed above.*

**Date Reviewed: 01/28/2019**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME: SPROESSIG, MITCHELL D
NUMBER: 299543
D.O.B.: ▓▓▓

45


Ex-C

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

**PATIENT:** MITCHELL SPROESSIG
**DATE OF BIRTH:**
**DATE:** 01/29/2019 12:43 PM
**VISIT TYPE:** Chart Update

### Chief Complaint/Reason for visit:
This 57 year old male presents with chart review.

### History of Present Illness
1. Chart Review

### Chronic Problems
Hyperlipidemia, mixed
Hypertension, essential NOS

### Medications Active Prior to Today's Visit

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Zantac | 150 Mg | 60 | take one tablet twice a day as needed |
| Tums | 200 Mg Calcium (500 Mg) | | 150 1 three times a day as needed (KOP) |
| Hydrochlorothiazide | 25 Mg | 30 | take one by mouth every day KOP |
| Lisinopril | 10 Mg | 30 | 1-PO once daily every morning. KOP |
| Lopid | 600 Mg | 60 | Take 1 by mouth 2 times a day (KOP) |

### Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Codeine | | |

### Office Services

| Status Value | ApptDate | Timeframe | Order | Reason | Interpretation |
|---|---|---|---|---|---|
| ordered | 02/12/2019 | | MP F/U Routine : discuss 407 deferral | | |

SPROESSIG, MITCHELL
299543

1/{#_OF_PAGES}

46