UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCHELL SPROESSIG,

        Plaintiff,

v.

                                                                         Case No. 1:19-cv-00693
                                                                         HON. JANE M. BECKERING
                                                                         MAGISTRATE RAY KENT

JAMES BLESSMAN, et. al.,

        Defendants.
_____/

## ATTACHMENT

Exhibit-B ........................................................... Reviewer Comments by Papendick
                                                                     No Alternate Medical Treatment Plan Rendered

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: LCF**
**COMPLETED BY: Connie McCool**     (01/24/2019 1:33 PM) 01/29/2019 10:45 AM

01/24/2019  04/09/2019  Zantac Maximum Strength 150 mg tablet take one tablet twice a day as needed
**Site Medical Provider:** Bhamini Sudhir MD          01/24/2019

---

(For UM use only)

**Criteria Source: M & R      Interqual      Other**
**Criteria met: Yes      No X      Deferred**

**Reviewer comments:**
ATP: Medical necessity not demonstrated at this time. Spontaneous reduction is not criteria for hernia consult or repair.

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:   Papendick, Keith, MD/LM, RN-**\*This is the reviewing physician ONLY, specialists should not be contacting them directly. Any further *communication, document*s, or questions should be directed to the Site Medical Provider listed above.\*

**Date Reviewed: 01/28/2019**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME: SPROESSIG, MITCHELL D
NUMBER: 299543
D.O.B.:

45