UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MITCHELL SPROESSIG,

        Plaintiff,

v.                                                                        Case No. 1:19-cv-00693
                                                                          HON.  JANE M. BECKERING
                                                                          MAGISTRATE RAY KENT

JAMES BLESSMAN,  et. al.,

        Defendants.

_____/


## ATTACHMENT


Exhibit-C  ........................................................... Doctor Sudhir's request for Special Service-Surgery
for Plaintiff's Enlarged Hernia Dated:  1/24/19

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: LCF**
**COMPLETED BY: Connie McCool**      **(01/24/2019 1:33 PM) 01/29/2019 10:45 AM**

**Patient: MITCHELL  SPROESSIG**                **ID#:  299543**        **DOB:** ▄▄▄▄▄▄

Reference #:
Date of Request:  01/24/2019

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Procedure/Test Requested:** Consult

**Specialty Service Requested:** Surgery

**Presumed Diagnosis:**

| | |
|---|---|
| Hyperlipidemia, mixed | 272.2 |
| Hypertension, essential NOS | 401.9 |
| GERD | 530.81 |

**Signs & Symptoms:**                                              **Date of Onset:**

Patient with ventral hernia, c/o constant pain and discomfort. Patient states that he has had for years and now it is getting worse, he states he is unable to do any exercise or any activities which needs him to stand for long time or any bending activities.
Exam--Ventral hernia, measuring about 10cm per the RN, even with patient laying back the hernia is significantly enlarged and doesnot spontaneously reduce.
Patient seen on telemed.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Fair | Hypertension | | 06/25/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 10/09/2018 | 04/09/2019 | Lopid 600 mg tablet | Take 1 by mouth 2 times a day (KOP) |
| 10/16/2018 | 04/09/2019 | hydrochlorothiazide 25 mg tablet | take one by mouth every day KOP |
| 10/16/2018 | 04/09/2019 | lisinopril 10 mg tablet | 1-PO once daily every morning. KOP |
| 10/16/2018 | 04/09/2019 | Tums 200 mg calcium (500 mg) chewable tablet | 1 three times a day as needed (KOP) |

NAME: SPROESSIG, MITCHELL D
NUMBER: 299543
D.O.B.: ▄▄▄▄▄▄